**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2020-CA-0090

Eric O'Neal Selders

- - Versus - -

Louisiana Department of Public Safety and Corrections

19th Judicial District Court
Case #: 678866
East Baton Rouge Parish

On Application for Rehearing filed on 11/18/2020 by Eric O'Neal Selders

Rehearing _denied_.

_____
Vanessa Guidry Whipple

_____
Jewel E. "Duke" Welch

_____
Wayne Ray Chutz

Date  DEC 1 6 2020

_____
Rodd Naquin, Clerk